UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RHONDA WILIAMS-McGHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>    Defendants. | Case No. C09-5074RJB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY SUBJECT TO LIMITATIONS |

    This matter comes before the court on the above-referenced motion (Dkt. 26). The court having considered the pleadings on file with the court and it appearing that additional deposition time is needed to fairly examine plaintiff, it is hereby

    ORDERED that Defendants' Motion to Compel Further Deposition Testimony is GRANTED subject to the following limitations:

    1)    The continued deposition should be conducted by telephone and

    2)    The continued deposition should not take more than 3 hours and 30 minutes.

    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

[Name of Order] - 1